UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| ANGEL ROJAS, | 07-CV-1696-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| 90 CHURCH STREET LIMITED PARTNERSHIP, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York
       October 3, 2007

DICKSTEIN SHAPIRO LLP

By:   \_\_/s/ Judith R. Cohen\_\_\_
      Judith R. Cohen (JC-8614)
      1177 Avenue of the Americas
      New York, New York 10036
      Phone: (212) 277-6500
      Fax: (212) 277-6501
      *Attorney for Defendant*
      MERRILL LYNCH & CO., INC.

DOCSNY-271697v01