UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER    21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
ANGEL ROJAS

                              Plaintiff,    Index No.: 07 cv 1696

      -against-

RELATED BPC ASSOCIATES, INC.,    **NOTICE OF APPEARANCE**
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and    **ELECTRONICALLY FILED**
THE RELATED REALTY GROUP, INC.
                        Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P., THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
             January 23, 2008

                                       LONDON FISCHER LLP

                        By: _____
                                Gillian Hines Kost (GK-2880)
                                59 Maiden Lane
                                New York, New York 10038
                                Phone:  (212) 972-1000
                                Fax:  (212) 972-1030

                                *Attorney for Defendants*

**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC.**

K:VGFutterman\WTC-Related\Plaintiff\Aristizabal\Pleadings\Notice of Appearance